UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Kushawn S. Miles, #237011, )<br>     Plaintiff, )<br>)<br>-v- )<br>)<br>Michigan Department of Corrections, )<br>et al., )<br>     Defendants. )<br>                 ) | No. 1:18-cv-352<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 41), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 24, 2019       /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge